BENJAMIN B. WAGNER
United States Attorney
TODD PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900

**FILED**
JUN 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES
OF AMERICA FOR AUTHORIZATION TO
OBTAIN LOCATION DATA CONCERNING
CELLULAR TELEPHONES ASSIGNED
TELEPHONE NUMBER: (626) 627-5039 and
(909) 733-9723

2:13-SW-0409 EFB

NO. 2:13-SW-

SEALING ORDER

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: 6-18-2013

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1